**Derek N. JARVIS, Plaintiff-Appellant,**

**v.**

**The CITY OF ALEXANDRIA MAYOR'S OFFICE; Alexandria City Counsel; Alexandria City Manager, Defendants-Appellees.**

Derek N. Jarvis, Plaintiff-Appellant,

v.

The City of Alexandria Mayor's Office; Alexandria City Counsel; Alexandria City Manager, Defendants-Appellees.

Derek N. Jarvis, Plaintiff-Appellant,

v.

The City of Alexandria Mayor's Office; Alexandria City Counsel; Alexandria City Manager, Defendants-Appellees.

No. 17-1780, No. 17-1804, No. 17-1805

United States Court of Appeals, Fourth Circuit.

Submitted: October 17, 2017

Decided: October 19, 2017

Derek N. Jarvis, Appellant Pro Se. Travis Sands MacRae, OFFICE OF THE CITY ATTORNEY, Alexandria, Virginia, for Appellees.

Before FLOYD and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek N. Jarvis appeals the district court's orders dismissing his civil action, dismissing his motion to reconsider under Fed. R. Civ. P. 59(e), and imposing a prefiling injunction applicable to future filings. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.

*Jarvis v. The City of Alexandria*, No. 1:17-cv-00378-JCC-JFA (E.D. Va. June 12, 22, 28, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*